UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| **CHEVRON U.S.A. INC.,** | )<br>) |
| Plaintiff, | ) No. 08-5253-RBL<br>) |
| v. | ) **CONSENT JUDGMENT AND**<br>) **PERMANENT INJUNCTION** |
| **CHOU GROUP, LLC,** a Washington limited liability corporation, **dba JUMBO'S,** | )<br>)<br>) |
| Defendants. | )<br>) |

This action having come before the Court on the pleadings of record, the parties hereto, having entered into a Settlement Agreement, and for other good cause having been shown,

IT IS HEREBY FINALLY ORDERED, ADJUDICATED, and DECREED as follows:

1. This Court has jurisdiction over the subject matter of this action and the parties to this action. The parties submit to the jurisdiction of the Court for purpose of enforcement of the Settlement Agreement and this Consent Judgment and Permanent Injunction.

2. Chevron U.S.A. Inc. is the owner of trademarks and trade dress identified in the Complaint filed in this matter (collectively, the "Chevron marks").

3. Plaintiff has asserted that Defendant infringed the Chevron marks by manufacturing, importing, advertising, marketing, offering for sale and/or selling in the United

PAGE 1 - CONSENT JUDGMENT AND PERMANENT INJUNCTION

States products in connection with trademarks and/or trade dress confusingly similar to the Chevron marks.

4.  Upon consent of the parties, Defendant, its officers, agents, servants, and employees, and all persons in active concert or participation with it who receive actual notice of this injunction, are permanently enjoined from, without authorization, manufacturing, importing, advertising, marketing, offering for sale or selling in the United States any product and/or trade dress which infringes the Chevron marks.

5.  Final judgment is hereby entered in favor of Plaintiff and against Defendant with respect to Defendant's infringement of the Chevron marks. All other claims are dismissed with prejudice.

IT SO ORDERED: this 11th day of August, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

We hereby consent to the form and entry of the within Order.

| LANE POWELL PC | CHOU GROUP, LLC |
|---|---|
| /s/ Kenneth R. Davis, II<br>Kenneth R. Davis, II, WSBA No. 21928<br>Telephone: 503.778.2121<br>Attorneys for plaintiff Chevron U.S.A. Inc | By: Pei Ching Chou<br>Its: Manager |

PAGE 2 -   CONSENT JUDGMENT AND PERMANENT INJUNCTION

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200
013000.0642/713931.1